**ORIGINAL**

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In the matter of the search of:**<br><br>**FACEBOOK ACCOUNTS WITH USER IDS 100085174484816 (Steve Beard) AND steveo.beard.9 (Steveo Beard) THAT ARE STORED AT A PREMISES OWNED, MAINTAINED, CONTROLLED, AND OPERATED BY META PLATFORMS, INC., A COMPANY HEADQUARTERED IN MENLO PARK, CALIFORNIA** | Case No.   24-MJ-244-JAR |

## SEARCH AND SEIZURE WARRANT

**TO:** ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement office or an attorney for the government request the search of the following person or property located in the **NORTHERN** District of **CALIFORNIA**:

   **SEE ATTACHMENT "A"**

The person or property to be searched, described above, is believed to conceal:

   **SEE ATTACHMENT "B"**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before   AUGUST 9, 2024
   *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.
☒ at anytime in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge Jason A. Robertson.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer after executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check)*:
   ☐ for _____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of

Date and time issued:   7/26/2024

City and state:   Muskogee, Oklahoma

JASON A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE

| RETURN |||
|---|---|---|
| Case No.: 24-MJ-244-JAR | Date and time warrant executed: 20240726 1724 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A |||
| Inventory of the property taken and name of any person(s) seized: (steveo.heard.9) FACEBOOK USER ID - 100068517448416, 100060363321900 <br> - REGISTRATION INFO <br> - FRIENDS LIST <br> - ACTIVITY LOGS <br> - EMAIL & SMS <br> - PHOTOS <br> - MOBILE PHONES <br> - PRIVACY BLOCKS <br> - HOMETOWN CONNECTIONS <br> - PERSONAL IDENTIFIERS <br> - FOLLOWING ACCOUNTS SUBSCRIBERS |||

### CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 20240808

_____
Executing officer's signature

RODNEY GAUTHIER FBI SA
_____
Printed name and title

## ATTACHMENT A

### *Property to Be Searched*

This warrant applies to information associated with the following User ID's that are stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California, which is in the Northern District of California:

Facebook user ID: 100085174484816 (Steve Beard)

Facebook user ID: steveo.beard.9 (Steveo Beard)

# ATTACHMENT B

*Particular Things to be Seized*

I.   **Information to be disclosed by Meta Platforms, Inc. ("Meta")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the accounts and all other documents showing the user's posts and other Facebook activities from January 1, 2023 to present;

(c) All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them from January 1, 2023 to present, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d) All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers;

future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f) All other records and contents of communications and messages made or received by the user from January 1, 2023 to present, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g) All "check ins" and other location information;

(h) All IP logs, including all records of the IP addresses that logged into the accounts;

(i) All records of the accounts' usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j) All information about the Facebook pages that the accounts are or were a "fan" of;

(k) All past and present lists of friends created by the accounts;

(l) All records of Facebook searches performed by the accounts from January 1, 2023 to present;

(m) All information about the user's access and use of Facebook Marketplace;

(n) The types of service utilized by the user;

(o) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

3

(p) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the accounts;

(q) All records pertaining to communications between Meta and any person regarding the user or the user's Facebook accounts, including contacts with support services and records of actions taken.

Meta is hereby ordered to disclose the above information to the government within 14 (fourteen) days of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of Murder in Indian Country, in violation of 18 U.S.C. §§ 1111(a), 1151, and 1152; Use, Carry, Brandish, and Discharge a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii), and (iii); and Causing the Death of a Person in the Course of a Violation of 18 U.S.C. § 924(c), in violation of 18 U.S.C. § 924(j), involving STEVEN WAYNE BEARD since January 1, 2023 to present, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Evidence of violent crimes committed by STEVEN WAYNE BEARD;

(b) Evidence of the possession of firearms and ammunition by STEVEN WAYNE BEARD;

(c) Evidence indicating how and when the Facebook accounts were accessed or used, to determine the chronological and geographic context of the accounts' access, use, and events relating to the crime(s) under investigation and to the Facebook accounts' owner;

(d) Evidence indicating the Facebook accounts' owner's state of mind as it relates to the crime under investigation;

(e) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in

5

addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Diplekha Chakraborty, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on August 8, 2024 in this matter in response to the Search Warrant received on July 26, 2024. The records include search results for Basic Subscriber Information, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 100060303321900.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Diplekha Chakraborty*

Diplekha Chakraborty
Custodian of Records

Date: August 8, 2024

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Diplekha Chakraborty, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter "Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on August 8, 2024 in this matter in response to the Search Warrant received on July 26, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Transactional Information, Other Content and records for the account with identifier 100060303321900.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Diplekha Chakraborty*
Diplekha Chakraborty
Custodian of Records

Date: August 8, 2024

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Diplekha Chakraborty, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter "Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on August 8, 2024 in this matter in response to the Search Warrant received on July 26, 2024. The records include search results for Basic Subscriber Information, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 100085174484816.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Diplekha Chakraborty*
Diplekha Chakraborty
Custodian of Records

Date: August 8, 2024

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Diplekha Chakraborty, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on August 8, 2024 in this matter in response to the Search Warrant received on July 26, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Transactional Information, Other Content and records for the account with identifier 100085174484816.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Diplekha Chakraborty*
Diplekha Chakraborty
Custodian of Records

Date: August 8, 2024

Meta